UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SALAMI,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1247

HON. JANET T. NEFF

**ORDER**

This is a prisoner civil rights action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 9, 2021 (ECF No. 22), recommending that this action be dismissed with prejudice for Plaintiff's failure to prosecute. The Report and Recommendation was duly served on the parties.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED with prejudice for the reasons stated in the Report and Recommendation.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "refused," "unable to forward" and "paroled" (ECF No. 23). Plaintiff has failed to keep the Court apprised of his current address.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: August 9, 2021 /s/ Janet T. Neff
                                                                                      JANET T. NEFF
                                                                                      United States District Judge